IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harvey, Larry | Case Number: 07 B 00597 |
| | Judge: Squires, John H |
| Printed: 2/12/08 | Filed: 1/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: March 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,650.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 134.40 |
| Administrative: | | 1,426.50 |
| Trustee Fee: | | 89.10 |
| Other Funds: | | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,426.50 | 1,426.50 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Peoples Choice Home Laon | Secured | 0.00 | 0.00 |
| 5. | Peoples Choice Home Laon | Secured | 0.00 | 0.00 |
| 6. | Peoples Choice Home Laon | Secured | 0.00 | 0.00 |
| 7. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 8. | Peoples Choice Home Laon | Secured | 0.00 | 0.00 |
| 9. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 10. | Wilshire Credit Corp | Secured | 13,963.20 | 0.00 |
| 11. | Internal Revenue Service | Priority | 4,834.14 | 134.40 |
| 12. | ER Solutions | Unsecured | 68.89 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 17.30 | 0.00 |
| 14. | Educational Credit Management Corp | Unsecured | 1,122.88 | 0.00 |
| 15. | Educational Credit Management Corp | Unsecured | 295.84 | 0.00 |
| 16. | Key Bank & Trust | Unsecured | 935.53 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 40.76 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 23.10 | 0.00 |
| 19. | B-Line LLC | Unsecured | 134.88 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 1,095.27 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 627.49 | 0.00 |
| 22. | Nicor Gas | Unsecured | 177.91 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 136.59 | 0.00 |
| 24. | City Of Chicago Dept Of Revenue | Unsecured | 19.00 | 0.00 |
| 25. | Tamarack Resort | Unsecured | 129.98 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harvey, Larry

Printed: 2/12/08

Case Number: 07 B 00597
Judge: Squires, John H
Filed: 1/12/07

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 57.16 | 0.00 |
| 27. | WFS Financial | Secured | | No Claim Filed |
| 28. | Bally's Health Club | Unsecured | | No Claim Filed |
| 29. | Allied Interstate | Unsecured | | No Claim Filed |
| 30. | Allied Interstate | Unsecured | | No Claim Filed |
| 31. | Meridian Financial Serv | Unsecured | | No Claim Filed |
| 32. | Key Bank & Trust | Unsecured | | No Claim Filed |
| 33. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 34. | Sallie Mae | Unsecured | | No Claim Filed |
| 35. | Sallie Mae | Unsecured | | No Claim Filed |

$ 25,106.42         $ 1,560.90

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.10 |

$ 89.10

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_